■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, DAVID GABRIEL, Appellant. [874 NYS2d 856]—Judgment, Supreme Court, New York County (Rena K. Uviller, J.), rendered on or about September 27, 2006, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Friedman, Gonzalez, Catterson and Renwick, JJ.